IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUILD FOREST LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1479 (CFC) |
| | ) |
| MYSPACE LLC, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiff's claims are dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* | */s/ Jack B. Blumenfeld* |
| Timothy Devlin (#4241) | Jack B. Blumenfeld (#1014) |
| 1306 North Broom Street, 1st Floor | Stephen J. Kraftschik (#5623) |
| Wilmington, DE 19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| tdevlin@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| | skraftschik@mnat.com |
| | |
| | *Attorneys for Defendant* |

**SO ORDERED** this ___ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE